IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Kiana Catherine Gates, | ) | Case No. 1:24-cr-080 |
| | ) | |
| Defendant. | ) | |

On May 13, 2024, the court issued an order releasing Defendant subject to a number of conditions. (Doc. No. 15). Among these conditions were the requirements that she reside at the Prairie Recovery Center ("Prairie Recovery") in Raleigh, North Dakota, participate in Prairie Recovery's treatment programming, and have no direct or indirect contact with her children, the victims. (Doc. No. 15). On July 2, 2024, court issued an order modifying Defendant's release conditions to permit her to transition to and reside at Blessed Builders, a sober living facility in Bismarck, North Dakota. (Doc. No. 27). Defendant subsequently executed a plea agreement and on September 19, 2024, entered guilty pleas to two counts of Child Abuse in Indian Country as charged in an Information. (Doc. Nos. 28, 29, 34).

On September 20, 2024, Defendant filed a Motion to Amend Order Setting Conditions of Release. (Doc. No. 35). She requests the court to modify her release conditions to allow her to have contact with her children, with the understanding any contact will be supervised and approved by the Pretrial Services Office.

There being no objection from the United States, the court **GRANTS** Defendant's motion. (Doc. No. 35). Defendant's release conditions shall be modified as follows. The conditions of

1

release prohibiting Defendant from having any direct or indirect contact with her children is stricken. Defendant may have contact with her children provided that it is approved by the Pretrial Services office and supervised.

**IT IS SO ORDERED.**

Dated this 23rd day of September, 2024.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
